PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>CHARTER ARMS SHELTON, CT (CHARTER 2000) PINK LADY OFF DUTY REVOLVER, CAL:38, SN:16-30988,<br><br>WALTHER P22 CA PISTOL, CAL:22, SN: WA272924,<br><br>PISTOL, UNKNOWN MANUFACTURER, UNKNOWN TYPE, CAL: UNKNOWN, SN: NONE, AND<br><br>F.N. (FN HERSTAL) FIVE-SEVEN PISTOL, CAL: 57, SN:386313842,<br><br>      Defendants. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Elton Ward ("claimants"), by and through their respective counsel, as follows:

1. On or about December 6, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the above-referenced firearms (hereafter "defendant firearms"), which were seized on or about October 6, 2020.

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of

intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant firearms under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant firearms as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is March 5, 2021.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture shall be extended to April 5, 2021.

Dated: 3/4/2021

PHILLIP A. TALBERT
Acting United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3/3/2021

/s/ Daniel L. Olsen
DANIEL L. OLSEN
Attorney for potential claimant
Elton Ward
Abrate & Olsen Law Group
655 University Ave, Suite 230
Sacramento, CA 95825
(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: _____

_____
United States District Judge