PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00069-MCE-JDP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| CHARTER ARMS SHELTON, CT (CHARTER 2000) PINK LADY OFF DUTY REVOLVER, CAL:38, SN:16-30988, | |
| WALTHER P22 CA PISTOL, CAL:22, SN: WA272924, | |
| PISTOL, UNKNOWN MANUFACTURER, UNKNOWN TYPE, CAL: UNKNOWN, SN: NONE, AND | |
| F.N. (FN HERSTAL) FIVE-SEVEN PISTOL, CAL: 57, SN:386313842, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Elton Ward ("claimants"), by and through their respective counsel, as follows:

1.      On or about December 6, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the above-referenced firearms (hereafter "defendant firearms"), which were seized on or about October 6, 2020.

2.      The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of

1

intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant firearms under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant firearms as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 5, 2021.

4. By Stipulation and Order filed March 12, 2021, the parties stipulated to extend to April 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

5. By Stipulation and Order filed April 12, 2021, the parties stipulated to extend to May 3, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

6. By Stipulation and Order filed May 12, 2021, the parties stipulated to extend to June 2, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

7. By Stipulation and Order filed June 4, 2021, the parties stipulated to extend to August 31, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

8. By Stipulation and Order filed August 31, 2021, the parties stipulated to extend to September 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are

Stipulation and Order to Extend Time

subject to forfeiture.

9.      By Stipulation and Order filed October 1, 2021, the parties stipulated to extend to October 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

10.     By Stipulation and Order filed November 2, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

11.     By Stipulation and Order filed December 6, 2021, the parties stipulated to extend to December 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

13.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture shall be extended to January 28, 2022.

Dated: <u>12/29/2021</u>

PHILLIP A. TALBERT
United States Attorney

By:     <u>/s/ Kevin C. Khasigian</u>
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: <u>12/29/2021</u>

<u>/s/ Daniel L. Olsen</u>
DANIEL L. OLSEN
Attorney for potential claimant
Elton Ward

(Signature authorized by phone)

IT IS SO ORDERED.

Dated:  January 5, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

4